WILLIAM W. BADGER, Respondent, *v.* WILLIAM H. APPLETON, Appellant.

(Argued June 21, 1888; decided June 29, 1888.)

MOTION to dismiss appeal from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, which affirmed a judgment of the General Term of the City Court affirming a judgment in favor of plaintiff.

*William W. Badger* for motion.

*E. W. Paige* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.